IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| ARNOLD WILLIAMS | : | CIVIL ACTION |
| v. | : | |
|  | : | No. 12-4148 |
| NCO FINANCIAL SYSTEMS, INC. | : | |

## CANCELLATION OF ARBITRATION HEARING

Please take note that the above-captioned civil action case currently sheduled for

ARBITRATION at 9:30 am on Thursday, June 27, 2013, has been CANCELLED.

Michael E. Kunz
Clerk of Court


By: /s/Janet Vecchione
Janet Vecchione
Deputy Clerk
Phone:267-299-7074

Date:June 18, 2013

Copies:    Courtroom Deputy to Judge Thomas N. O'Neill, Jr.
Docket Clerk - Case File

Counsel

ARBCAN.FRM